PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: George Toby Ely

Cr.: 14-00357-001
PACTS #: 61499

Name of Judicial Officer: Honorable Kevin P. McNulty
United States District Judge

Name of Sentencing Judicial Officer:   Honorable Thomas J. McAvoy
Senior United States District Judge, ND/NY

Date of Original Sentence: 07/10/2013

Original Offense: ND/NY Docket No. 11-00389: Failure to Pay Child Support
ND/NY Docket No. 13-00214: Failure to Appear for a Court Proceeding in Connection with a Charge of an Offense Punishable by Two Years or More Imprisonment

Original Sentence: ND/NY Docket No. 11-00389: 8 Months Custody, 1 Year Supervised Release; $8,934.22 Restitution
ND/NY Docket No. 13-00214: 4 Months Custody; 1 Year Supervised Release

Special Conditions: Special Assessment, DNA testing, No New Debt/Credit, Alcohol Restrictions, Substance Abuse Testing

Type of Supervision: Supervised Release                    Date Supervision Commenced: 02/07/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to satisfy restitution obligation. |

U.S. Probation Officer Action:
The probation office recommends the case expire as scheduled since the restitution order remains imposed as a final judgment. The offender has been instructed to continue payments to the Clerk's Office. The Clerk's Office and the Financial Litigation Unit of the United States Attorney's Office have been informed of expiration and instruction to continue payments.

Respectfully submitted,
Gisella M. Bassolino
2015.01.08 10:14:46 -05'00'

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 01/08/2015   Carolee Ann Azzarello

Prob 12A – page 2
George Toby Ely

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other: Offender's supervised release is permitted to expire as scheduled

_____
Signature of Judicial Officer

1/8/2015
_____
Date